# CLA
## Consumer Litigation Associates, P.C.
ATTORNEYS AND COUNSELORS AT LAW
A PROFESSIONAL CORPORATION

**HAMPTON ROADS OFFICE:**
763 J. Clyde Morris Blvd. • Suite 1-A
Newport News, Virginia 23601

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Road • Suite 600
Alexandria, Virginia 22314

Casey S. Nash, Esq.
casey@clalegal.com
(703) 273-7770 Phone
(888) 892-3512 Facsimile

REPLY TO: **NORTHERN VIRGINIA OFFICE**

November 4, 2014

**Via Federal Express**
Fernando Galindo, Clerk
U.S. District Court, Eastern District of Virginia
Newport News Division
2400 West Avenue
Newport News, VA 23607



Re: *James Jenkins, individually and on behalf of all others similarly situated, v. RealPage, Inc.*

Mr. Galindo:

Please find the original complaint enclosed for filing with regard to the above-referenced matter, an additional copy to be date stamped for our records, as well as a copy for each Defendant. I have also enclosed a check in the amount of $400.00. Additionally, I have provided a postage-prepaid return envelope for the documents to be returned to my attention for service of process. Thank you for your assistance in this matter, and if you have any questions, please do not hesitate to contact me.

Sincerely,

Casey S. Nash, Esq.

CSN/kb
Enclosures: a/s