UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES JENKINS,
*individually and on behalf of all
others similarly situated,*

    Plaintiff,

v.                                               Civil Action No. 3:14cv758-HEH

REALPAGE, INC.,

    Defendant.

### DEFENDANT REALPAGE, INC.'S
### MOTION FOR AN EXTENSION OF TIME

Defendant, RealPage, Inc. ("RealPage"), by counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 7(F)(2)(b), files this motion for an extension of time to and including January 12, 2015, within which to file its responsive pleadings to the Class Complaint filed by Plaintiff, James Jenkins, and states as follows:

RealPage's counsel continues to review the allegations of the Class Complaint and requires additional time to respond to the same. RealPage's counsel has communicated with counsel for Plaintiff, James Jenkins, who is agreeable to the requested extension. A proposed Agreed Order is being circulated for endorsement by counsel for Plaintiff, James Jenkins, and RealPage, a copy of which is attached hereto as Exhibit 1.

WHEREFORE, Defendant, RealPage, Inc., by counsel, hereby requests that the Court enter an Order: (1) granting RealPage's Motion for an Extension of Time; (2) providing RealPage with an extension of time to file its responsive pleadings, including its Answer, to the Class Complaint, until on or before January 12, 2015; and (3) awarding RealPage such further relief as the Court deems appropriate.

**REALPAGE, INC.**

By: /s/David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Counsel for RealPage, Inc*.
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2014, I electronically filed the foregoing Motion for an Extension of Time with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Andrew Joseph Guzzo
Kelly & Crandall PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7576
Facsimile: 703-591-0167
Email: aguzzo@kellyandcrandall.com
*Counsel for Plaintiff*

Kristi Cahoon Kelly
Kelly & Crandall PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7572
Facsimile: 703-591-1067
Email: kkelly@kellyandcrandall.com
*Counsel for Plaintiff*

Matthew James Erausquin
Consumer Litigation Associates PC
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
Telephone: 703-273-7770
Facsimile: 888-892-3513
Email: matt@clalegal.com
*Counsel for Plaintiff*

Casey Shannon Nash
Consumer Litigation Associates PC
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
Telephone: 703-273-7770
Facsimile: 1-888-892-3512
Email: casey@clalegal.com
*Counsel for Plaintiff*

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for RealPage, Inc*.
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

24070562v1

3