AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▼

James Jenkins, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

Civil Action No. 3:14cv758

RealPage, Inc.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RealPage, Inc.

SERVE: United Corporate Services, Inc.
7705 Yolanda Road
Richmond, Virginia 23229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Casey S. Nash
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV - 6 2014

Smith
*Signature of Clerk or Deputy Clerk*

**The Marston Agency, Inc.**     11/18/14
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)
**RETURN ON SERVICE**

| | | | |
|---|---|---|---|
| **Plaintiff:** | James Jenkins, individually and on behalf of all others similarly situated | **Court:** | United States District Court |
| **Defendant:** | RealPage, Inc. | **Case:** | 14cv758 |
| **Serve:** | RealPage, Inc.<br>Serve: United Corporate Services, Inc.<br>7705 Yolanda Road<br>Richmond, VA 23229 | **Return Date:**<br>**Time:** | |
| **Contact:** | Casey S. Nash<br>1800 Diagonal Road, Suite 600<br><br>Alexandria, VA 22314 | **Phone:** | 7032737700 |

**Type(s) of Writ(s)**     paper:1745682

Summons in a Civil Action     Complaint

Witness/Defendant RealPage, Inc. was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _DEAN BRUCE_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.
**Served Date:** 11-20-14     **Served Time:** 1524

_____
Signature of Process Server

**Notary**
**State of:** Virginia     **County/City of:** Henrico, VA Beach, Prince William, Rockingham.
I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this 21 day of Nov/Dec 20 14
**Notary Public:** CG

Type of Service: A    Auth Attempts: 1    Order: 358993    1 Day Rush: No    2 Day Rush: No

| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
|---|---|---|---|---|---|---|
| Date: | 11-19-14 | | | | | |
| Time: | 0948 | | | | | |
| Server: | DB | | | | | |

**REMARKS -**
#1 HOME OFFICE, NO ANSWER

JILL WOOD, MGR



United Corporate Services, Inc., hereby designates Jill B. Wood, a natural person upon whom any process, notice or demand against United Corporate Services, Inc. itself or any other entity in the Commonwealth of Virginia for which United Corporate Services, Inc. acts as registered agent may be served.

_____
Michael A. Barr, President

STATE OF NEW YORK

COUNTY OF WESTCHESTER

On June 28, 2013, before me personally came Michael A. Barr, to me known, who being by the duly sworn, did depose and say that he is the President of United Corporate Services, Inc. and acknowledges he has read the statement made in the above designation and that the statement contained therein are true.

Sworn to and subscribed before me, the day and year aforesaid.

_____
Donna Lee Amundsen, Notary Public

DONNA LEE AMUNDSEN
Notary Public, State of New York
No. 4813299
Qualified in Westchester County
Commission Expires January 31, 20_15_