**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| **JAMES JENKINS,** | ) | |
| **on behalf of himself and all others** | ) | **C. A. No. 2:15-cv-3894** |
| **similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | |
| | ) | |
| **REALPAGE, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**PLAINTIFF'S RESPONSE IN OPPPOSITION TO
DEFENDANT'S MOTION TO STAY THE ACTION**

Plaintiff James Jenkins, by counsel, hereby responds in opposition to Defendant RealPage, Inc.'s Motion to Stay.  For the reasons set forth more fully in the accompanying Memorandum of Law, the Motion should be denied in its entirety.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

Dated: November 30, 2015      BY:    */s/ James A. Francis*
JAMES A. FRANCIS
DAVID A. SEARLES
100 S. Broad Street, 19th Floor
Philadelphia, PA 19110
T. (215) 735-8600

**CONSUMER LITIGATION ASSOCIATES, P.C.**
MATTHEW J. ERAUSQUIN (*pro hac vice*)
CASEY S. NASH (*pro hac vice*)
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
T. (703) 273-7770

**KELLY & CRANDALL, PLC**
KRISTI C. KELLY (*pro hac vice*)
ANDREW J. GUZZO (*pro hac vice*)
4084 University Drive, Suite 202A

Fairfax, VA 22030
T. (703) 424-7572

*Attorneys for Plaintiff*