IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES JENKINS,<br>on behalf of herself and all others<br>similarly situated,<br><br>    Plaintiff,<br> vs.<br><br>REALPAGE, INC.<br><br>    Defendant. | C. A. No. 2:15-cv-3894 |

NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS

Plaintiff James Jenkins, by counsel, submits this Notice of Supplemental Authority in support of his Opposition to the Motion to Dismiss filed by Defendant RealPage, Inc. (Dkt No. 28).

Attached hereto as Exhibit A is a copy of the Order issued on August 11, 2016 by the Hon. William H. Orrick of the United States District Court for the Northern District of California in the matter of *Larson v. Trans Union*, *LLC*, No. 3:12-cv-05726, granting plaintiff's Motion for Class Certification. Judge Orrick conducted a detailed analysis of the Supreme Court's decision in *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016) in the context of a claim under section 1681g of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681-1681x.  He noted that the *Spokeo* Court recognized "informational injury" as a concrete harm giving rise to Article III standing, and concluded that a plaintiff alleging that a consumer reporting agency's disclosure was incomplete and misleading has standing.  Furthermore, Judge Orrick found that the Article III standing issue is not a barrier to class certification.

Plaintiff Jenkins respectfully asserts that Judge Orrick's analysis directly supports his position that he and all members of the proposed class suffered an informational injury giving rise to Article III standing.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

Dated: August 12, 2016          BY:    */s/ James A. Francis*
JAMES A. FRANCIS
JOHN SOUMILAS
DAVID A. SEARLES
100 S. Broad Street, Suite 1902
Philadelphia, PA 19110
T. (215) 735-8600

**CONSUMER LITIGATION ASSOCIATES, P.C.**
MATTHEW J. ERAUSQUIN (*pro hac vice*)
CASEY S. NASH (*pro hac vice*)
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
T. (703) 273-7770

**KELLY & CRANDALL, PLC**
KRISTI C. KELLY (*pro hac vice*)
ANDREW J. GUZZO (*pro hac vice*)
4084 University Drive, Suite 202A
Fairfax, VA 22030
T. (703) 424-7572

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on this date and that service is therefore being made electronically on the following counsel of record for Defendant.

Mark A. Aronchick
Sharon F. McKee
HANGLES ARONCHICK SEGAN PUDLIN & SCHILLER
One Logan Square
18th and Cherry Street, 27th Floor
Philadelphia, PA, 19103

Ronald I. Raether, Jr.
TROUTMAN SANDERS LLP
5 Park Plaza
Suite 1400
Irvine, CA 92614

Dated: August 12, 2016                                          */s/ James A. Francis*
                                                                                   James A. Francis