IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN STOKES, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>REALPAGE, INC.,<br><br>      Defendant. | Civ. A. No. 15-1520 |
| JAMES JENKINS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>REALPAGE, INC.,<br><br>      Defendant. | Civ. A. No. 15-3894 |

**ORDER**

  **AND NOW**, this 18th day of October, 2016, upon consideration of Defendant RealPage, Inc.'s Motion to Dismiss Claim II of the Complaint filed in Civ. A. No. 15-1520 (Docket Entry 35), RealPage, Inc.'s Motion to Dismiss Claims I and II of the Complaint filed in Civ. A. No. 15-3894 (Docket Entry 25), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** as follows:

1.  Defendant RealPage, Inc.'s Motion to Dismiss Claim II of Complaint (Civ. A. No. 15-1520, Docket Entry 35) is **DENIED**.

2.  Defendant RealPage, Inc.'s Motion to Dismiss Claims I and II of Complaint (Civ. A. No. 15-3894, Docket Entry 25) is **DENIED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.