UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN STOKES, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.,<br><br>Defendant. | Case No. 2:15-cv-01520-JP |
| JAMES JENKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.,<br><br>Defendant. | Case No. 2:15-cv-03894-JP |

FILED
FEB 13 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

AND NOW, this 13 day of February, 2019, upon consideration of the Plaintiffs' Motion for Approval of Second Distribution to Class and the Defendant's opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

The Settlement Administrator shall make a second distribution of funds in the amount of $410.44 to each of the 49 Expungement Settlement Class Members and $74.63 to each of the 2,875 Source Settlement Class Members who previously cashed their checks in connection with the first distribution of Settlement Funds. The checks for the second distribution shall be valid for 90 days after delivery. Any checks not cashed within 90 days after the date of delivery shall revert to the escrow account from which they were to be drawn. All further costs of settlement administration with respect to the second distribution set forth in this paragraph shall be paid from the remaining Settlement Funds.

After deduction of any further settlement administration costs, the residual settlement funds, including any second distribution checks not cashed within 90 days of delivery, shall be paid to the Actual Innocence Clinic of the University of Texas School of Law as the *cy pres* recipient. There shall be no further distributions of Settlement Funds.

The second distribution shall be made within sixty (60) days of the date of this Order, except that if Defendant files a timely appeal of this Order, the distribution shall be stayed pending appeal.

Unless modified herein, the terms of the Court-approved Settlement Agreement and Release (Dkt. No. 52-1) remain unchanged and in effect.

BY THE COURT:

_____
HON. JOHN R. PADOVA
United States District Judge

ENTD FEB 13 2019

2